# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Shanlian Quan, et al.
                    Plaintiff,

v.                                              Case No.: 1:17−cv−05683
                                                Honorable Matthew F. Kennelly

TY, Inc., et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 2, 2017:

    MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing and motion hearing held on 11/2/2017. Answer to remaning counts to be filed by 11/9/2017. Deadline for 26(a)(1) disclosures are due by 11/30/2017. Response to motion to dismiss [14] due by 12/7/2017; reply by 12/21/2017. Status hearing is set for 12/21/2017 at 9:00 a.m. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.